Aetna Acceptance Company, appellee, v. Carl H. Reese, appellant. Gen. No. 32,968.

Heard in the second division of this court for the first district at the October term, 1928. Opinion filed February 14, 1929. Rehearing denied February 27, 1929.

Edward A. Biggs and Edwin S. Goltry, for appellant. William S. Kleinman, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

William J. Croke, appellant, v. August H. Arnold, appellee. Gen. No. 32,986.

Heard in the second division of this court for the first district at the October term, 1928. Opinion filed February 14, 1929.

McElroy, Rollo, Ehrhardt & Quigley, for appellant; Walter Wm. Pearson, of counsel. A. L. Schapiro, for appellee; Millard C. Eiseman, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Sol Simons for the use of S. Morris, appellee, v. Louis Slutsky, appellant. Gen. No. 33,031.

Heard in the second division of this court for the first district at the October term, 1928. Opinion filed February 14, 1929. Rehearing denied February 27, 1929.

Harold A. Fein, for appellant. Benjamin B. Morris, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Edward K. Howard, administrator of the estate of Edward P. Howard, deceased, appellee, v. City of Chicago, appellant. Gen. No. 33,052.

Heard in the second division of this court for the first district at the October term, 1928. Opinion filed February 14, 1929.

Samuel A. Ettelson, corporation counsel and William D. Saltiel, city attorney, for appellant; E. Marshall Amberg, Roy S. Gaskill and Cora B. Hirtzel, assistant corporation counsel, of counsel. Woods & Bishop, for appellee; John E. Foster, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.